# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 98-10225
Summary Calendar

W. FOSTER SELLERS,

Plaintiff-Appellant,

versus

D.D. SANDERS, Warden, Clements Unit; R.L. BRIGGS,
Captain, Clements Unit; UNKNOWN PARTIES, working
for Texas Department of Criminal Justice, Institutional
Division,

Defendants-Appellees.

Appeal from the United States District Court
For the Northern District of Texas
(2:97-CV-354)

September 21, 1998

Before POLITZ, Chief Judge, DAVIS and JONES, Circuit Judges.

PER CURIAM:[*]

W. Foster Sellers, a Texas inmate proceeding *pro se*, appeals the dismissal

of his civil rights action for failure to prosecute. Our close review of the appellate

record and Sellers' multiple submissions and contentions inexorably lead us to the

conclusion that the district court did not abuse its discretion in dismissing Sellers'

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

complaint for want of prosecution.[1]  No more need be said.

The judgment appealed is AFFIRMED.

---

[1] **McNeal v. Papasan**, 842 F.2d 787 (5th Cir. 1988).